UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  SHAUNA A. VIEBROCK

Case No.: 18-28005-JKS
Chapter: 7
Judge: John K. Sherwood

### NOTICE OF PROPOSED ABANDONMENT

David Wolff, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on November 6, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 842 Remmos Avenue, Union, New Jersey
Value: $261,000.00

Liens on property:
Quicken Loans
$250,000.00

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-28005-JKS
Shauna A. Viebrock                                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Oct 11, 2018
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
```
db              +Shauna A. Viebrock,    842 Remmos Avenue,    Union, NJ 07083-6561
517800971       +American Web Loan,    2128 N. 14th Street, Suite 1 #130,    Ponca City, OK 74601-1831
517800972       +Bank of America,    100 N. Tryon Street,    Charlotte, NC 28255-0001
517746388        Chase Slate,    PO Box 1423,    Charlotte, NC 28201-1423
517746389        Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
517746390       +Dr. Matthew G. Liebman, PsyD,    Watchung Psychological Assn,    5 Mountain Blvd Suite 4,
                  Warren, NJ 07059-2625
517746391        Equi-Vest,    PO Box 4964,    Syracuse, NY 13221-4964
517746393       +Marianne Zembryski, Esq.,    67 Walnut Avenue #109,    Clark, NJ 07066-1640
517746394       +Mitchell Suprene,    532 Freeman Street,    Orange, NJ 07050-1312
517746395       +Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
517746396        Sarah A. Martin,    c/o Mary Ann Bauer, Esq.,    2 main Street,    Lebanon, NJ 08833
517746397       +US Dept Education,    400 Maryland Avenue SW,    Washington, DC 20202-0008
517746398        Volkswagon Credit,    PO Box 5205,    Carol Stream, IL 60197-5205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:34     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517746387        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 23:43:59     Capital One Bank,
                  PO Box 6492,    Carol Stream, IL 60197-6492
517746392        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 11 2018 23:34:15
                  Hyundai Motor Finance,    PO Box 660891,    Dallas, TX 75266-0891
517746906       +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 23:44:05     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
```
          David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    on behalf of Debtor Shauna A. Viebrock Kbez@bellatlantic.net,
           KarenEBeznerEsq@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```